IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Heard-Tucker, Bennie M

Printed: 03/03/09

Case Number: 08 B 03229
Judge: Wedoff, Eugene R
Filed: 2/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 15, 2009
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,257.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,044.14 |
| Trustee Fee: |  | 212.86 |
| Other Funds: |  | 0.00 |
| Totals: | 3,257.00 | 3,257.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,214.00 | 3,044.14 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 9,794.08 | 0.00 |
| 4. | Nuvell Credit Company LLC | Unsecured | 3,600.01 | 0.00 |
| 5. | Capital One | Unsecured | 1,205.61 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 210.71 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,213.22 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,110.26 | 0.00 |
| 9. | Spirit Of America Nat'l Ban | Unsecured | 343.85 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 221.16 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 214.21 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,518.29 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 1,227.91 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 177.90 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 63.19 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 787.71 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 923.47 | 0.00 |
| 18. | Collection | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | GC Services | Unsecured |  | No Claim Filed |
| 22. | TruGreen | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,825.58 | $ 3,044.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Heard-Tucker, Bennie M | Case Number: 08 B 03229 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 2/13/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 138.24 |
| 6.6% | 74.62 |
| | $ 212.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*